UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARL KELLY,<br><br>    Petitioner,<br><br>  v.<br><br>GENA JONES,<br><br>    Respondent. | Case No.  2:24-cv-02462-KJM-JDP (HC)<br><br>ORDER |

  Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On September 17, 2024, the magistrate judge filed findings and recommendations, which were served on petitioner, and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has not filed objections to the findings and recommendations.

  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 17, 2024, are adopted in full;

2. Petitioner's motion for preliminary injunction, ECF No. 3, is DENIED without prejudice; and

3. This matter is referred back to the assigned magistrate judge for further pretrial matters.

DATED:  October 23, 2024.

<span style="text-align:center">_____
UNITED STATES DISTRICT JUDGE</span>